# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Mallory Ware

## DEFENDANTS
Atlantic Richfield Company, et al. (see attachment)

**(b)** County of Residence of First Listed Plaintiff: **Okitebbeha County, MS**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **New Castle County, DE**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Lindsey Cheek, The Cheek Law Firm LLC
650 Poydras St., Ste. 2310, New Orleans, LA 70103
(504) 324-0629

Attorneys *(If Known)*
Robert E. Dille, Maron Marvel Bradley Anderson & Tardy LLC/ 201 St. Charles Ave., Ste. 2411, New Orleans, LA 70170; (504) 684-5100

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 340 Marine / [x] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 345 Marine Product Liability | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/Accommodations / [ ] 530 General | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | [ ] 462 Naturalization Application | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education / [ ] 550 Civil Rights | | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
43 U.S.C. § 1331 and 28 U.S.C. § 1331
Brief description of cause:
alleged personal injury in connection with work in international waters

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE: Apr 27, 2023

SIGNATURE OF ATTORNEY OF RECORD: /s/ Byron D. Kitchens

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

## ATTACHMENT TO CIVIL COVER SHEET

**Counsel of Record for Plaintiff, Mallory Ware**

THE CHEEK LAW FIRM LLC

Lindsey Cheek, LA Bar No. 34484
650 Poydras Street, Suite 2310 New Orleans, LA 70130
Tel. (504)304-4333
Fax (504)324-0629
lcheek@thecheeklawfirm.com
asbestos@thecheeklawfirm.com

-and-

NAPOLI SHKOLNIK, PLLC

Patrick N. Haines, TX Bar No. 00784191 (pro hac)
Mark Twain Plaza I
101 West Vandalia St., Suite 200
Edwardsville, IL 62025
Tel. 618-307-4528
Fax 312-610-5680

**Counsel for Marathon Oil Company**

FORMAN WATKINS & KRUTZ LLP

BYRON D. KITCHENS (La. Bar No. 25129)
MARGARET W. McLAUGHLIN (La. Bar No. 38345)
TAYLOR D. WAXLEY (La. Bar No. 39382)
201 St. Charles Ave., Ste. 2100
New Orleans, LA  70170
Telephone:  (504) 799-4383
Facsimile:  (504) 799-4384
Byron.Kitchens@formanwatkins.com
Margaret.McLaughlin@formanwatkins.com
taylor.waxley@formanwatkins.com
LAeservice@formanwatkins.com

**Counsel of Record for Exxon Mobil Corporation**

BIENVENU, BONNECAZE, FOCO & VIATOR, LLC

David M. Bienvenu, Jr., #20700

John Allain Viator, # 25915
Anthony Lascaro, #32546
Melissa Jade Avant, #37867
Thomas C. Naquin, #38847
Samantha M. Kennedy, #39428
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Phone: (225) 388-5600
Fax: (225) 388-5622
asbestos@bblawla.com

-and-

CHEHARDY, SHERMAN, WILLIAMS,
RECILE & HAYES, L.L.P

James M. Williams, #26141
Daniel E. Buras, Jr., #26226
Patrick R. Follette, #34547
One Galleria Boulevard, Suite 1100
Metairie, LA 70001
Phone: (504) 833-5600
Fax: (504) 833-8080
CSW-Exxon@chehardy.com


**Counsel of Record for Taylor-Seidenbach, Inc.**

HAILEY, McNAMARA, HALL, LARMANN, & PAPALE, L.L.P.

C. KELLY LIGHTFOOT, Bar #17027
klightfoot@hmhlp.com
EDWARD J. LASSUS, #08116
elassus@hmhlp.com
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 836-6500
klightfoot@hmhlp.com

**Counsel of Record for Shell USA, Inc.**

MORGAN, LEWIS & BOCKIUS, LLP

LAUREN ANN McCULLOCH SEMLINGER (#33973)
MITCHELL F. TEDESCO (#37326)
SHAWN D. GOLDEN (#27480)
COLE C. TROLINGER (#40208)

1000 Louisiana Street, Suite 4000
Houston, Texas 77002
TEL: (713) 890-5467
FAX: (713) 890-5001
E-Mail: lmcculloch@morganlewis.com mitchell.tedesco@morganlewis.com
shawn.golden@morganlewis.com cole.trolinger@morganlewis.com

**Counsel of Record for Chevron U.S.A. Inc., f/k/a Gulf Oil Corporation**

FORMAN WATKINS & KRUTZ LLP

TIM GRAY (#31748)
MICHAEL H. ABRAHAM (#22915)
MELISSA D. FULLER (#33093)
McCANN E. LeFEVE (#33942)
CHELSEA GAUDIN FAVRET (#37692)
201 ST. CHARLES AVE., STE. 2100
NEW ORLEANS, LA 70170
TELEPHONE: (504) 799-4383
FACSIMILE: (504) 799-4384
LAeService@formanwatkins.com


**Counsel of Record for Atlantic Richfield Company**

MARON MARVEL BRADLEY ANDERSON & TARDY LLC

ROBERT E. DILLE (LA #23037)
REBECCA A. ZOTTI (LA #33446)
NICHOLAS G. GREST (LA #36751)
Place St. Charles
201 St. Charles Avenue, Suite 2411
New Orleans, LA 70170
Telephone: (504) 684-5100
Facsimile: (504) 613-0067
Email:  RDille@MaronMarvel.com
         RZotti@MaronMarvel.com
           NGrest@MaronMarvel.com


**Counsel of Record for BP Corporation North America Inc.**

MARON MARVEL BRADLEY ANDERSON & TARDY LLC

ROBERT E. DILLE (LA #23037)
RICHARD M. CRUMP (la #30460)
REBECCA A. ZOTTI (LA #33446)

NICHOLAS G. GREST (LA #36751)
Place St. Charles
201 St. Charles Avenue, Suite 2411
New Orleans, LA 70170
Telephone: (504) 684-5100
Facsimile: (504) 613-0067
Email: RDille@MaronMarvel.com
　　　　RCrump@MaronMarvel.com
　　　　RZotti@MaronMarvel.com
　　　　NGrest@MaronMarvel.com

**Counsel of Record for ConocoPhillips Company**

ADAMS AND REESE LLP

Tyson B. Shofstahl, (#21084)
Leslie M. Henry (#31777)
Taylor E. Brett (#36392)
Alexandra Roselli Lamb (#37847)
701 Poydras Street, Suite 4500
New Orleans, LA 70193
Tel.: (504)581-3234
Facsimile: (504) 566-0210
Tyson.shofstahl@arlaw.com
Leslie.henry@arlaw.com
Taylor.brett@arlaw.com
Alex.lamb@arlaw.com